UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLAND AMERICA, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>WARTSILA NORTH AMERICA, INC., *et al.*,<br><br>        Defendants. | CASE NO.  C04-1368RSM<br><br>ORDER GRANTING MOTION FOR CERTIFICATION |

This matter comes before the Court on plaintiffs' motion to certify this Court's prior orders dismissing defendants, Wartsila Finland Oy, Wartsila Corporation, Bureau Veritas, S.A., Bureau Veritas (Canada) Inc., and Bureau Veritas North America, Inc., as final for purposes of interlocutory appeal to the Ninth Circuit Court of Appeals.  (Dkt. #164).  Plaintiffs argue that certification is appropriate pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, in that there is no just reason for delay, and the only remaining defendant in this case will not suffer prejudice while these orders are appealed.  Defendants argue that the motion should be denied because certification will result both in piecemeal appeals to the Ninth Circuit, and result in an undesirable delay to the resolution of plaintiffs' claims against the remaining Wartsila defendant, Wartsila North America.

Having considered plaintiffs' motion (Dkt. #164), the Wartsila defendants' response

ORDER GRANTING CERTIFICATION
PAGE - 1

(Dkt. #167), the Bureau Veritas defendants' response (Dkt. #168), plaintiffs' reply (Dkt. #1171), and the remainder of the record, the Court hereby ORDERS:

(1) Plaintiffs' Motion for Certification (Dkt. #164) is GRANTED. Rule 54(b) certification requires this Court to make an "express determination that there is no just reason for delay." Fed. R. Civ. P. 54(b). In the instant case, the Court agrees with plaintiffs that no just reason for delay exists. First, the Court notes that it has dismissed all defendants but one in this action; thus, allowing plaintiffs to appeal those orders would not result in "piecemeal appeals" as defendants assert. Second, the Court is persuaded by plaintiffs' argument that permitting the appeals court to affirm or reverse this Court's orders on jurisdictional issues will ultimately permit the case against any defendants to be tried as one.

Accordingly, the Court DIRECTS the ENTRY OF FINAL JUDGMENT of dismissal for Wartsila Finland and Wartsila Corporation for lack of personal jurisdiction, and dismissing Bureau Veritas, S.A., Bureau Veritas Canada, and Bureau Veritas North America based on an enforceable forum selection clause, and CERTIFIES AS FINAL for purposes of interlocutory appeal its previous orders dismissing those defendants from this action. (Dkts. #99, #101, #166 and #170).

(2) This case is STAYED pending a decision by the Ninth Circuit Court of Appeals. The parties shall immediately notify the Court of such decision, at which time any party may also move the Court to lift the stay.

(3) The Clerk shall forward a copy of this Order to all counsel of record.

DATED this __2nd__ day of June 2005.



RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING CERTIFICATION
PAGE - 2